Aaron SMITH, Plaintiff—Appellant,

v.

P.J. MASTERSON, P.W.C. Police/Detective # 0671, Defendant—Appellee.

No. 07–6609.

United States Court of Appeals, Fourth Circuit.

Submitted: June 8, 2007.

Decided: July 10, 2007.

Aaron Smith, Appellant Pro Se.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Masterson,* No. 1:07–cv–00241–GBL (E.D. Va. filed Mar. 28, 2007 & entered Apr. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*